BRIAN A. GONSALVES, ESQ., SBN 9815
703 S. Eighth Street
Las Vegas, NV 89101
530-386-6845
530-553-1212 (fax)
bgonsalves@live.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TAMMY SMITH, individually and as the personal representative of Chris Smith, Deceased; P.M., a minor by and through her Guardian ad Litem; and J.E., a minor by and through his Guardian ad Litem;

    Plaintiffs,

vs.

NEVADA WEST RECYCLING CORP, a Nevada Corporation, STANLEY LEVERS, an individual, and DOES 1 through 25,

    Defendants.

Case No.: 3:15-cv-00252-HDM-VPC

**MOTION FOR LEAVE TO FILE UNDER SEAL**

    Pursuant to LR IA 10-5, Brian A. Gonsalves, Esq., attorney for Plaintiffs TAMMY SMITH, P.M., a minor by and through her Guardian ad Litem, and J.E., a minor by and through his Guardian ad Litem, move this Court for leave to file the *Ex Parte Motion for Order Revoking Approval of Pro Hac Vice Petition* under seal.

    These motions are filed ex parte so as to protect the progress of the pending settlement in this matter. It is intended that these motions only be viewed by the Court, Mr. Gonsalves and Mr. Fell at this time. The information and communications provided here and in the *Ex Parte Motion for Order Revoking Approval of Pro Hac Vice Petition* are limited to the minimum necessary to support these motions and do not constitute a waiver of any privileges such as the attorney-client privilege or the work product doctrine, and no such waivers are intended. If

- 1 -

Case 3:15-cv-00252-VPC   Document 54   Filed 04/22/16   Page 2 of 3

1  defense counsel has inadvertently received a copy of either of these motions, they are instructed
2  to stop reading immediately.
3     This motion is supported by the papers and pleadings on file in this action, and the
4  memorandum of points and authorities below.

### I. MEMORNDUM OF POINTS AND AUTHORITIES

**1. Standard of Law.**

LR IA 10-5 provides:

> "Unless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures."

**2. Legal Argument.**

During the April 20, 2016, hearing on the *Notice of Disassociation*, the Court directed Mr. Gonsalves to file his motion seeking the revocation of attorney Bradley Fell's pro hac vice admission no later than Friday, April 22, 2016. The *Ex Parte Motion for Order Revoking Approval of Pro Hac Vice Petition* contains information and communications between Plaintiffs' attorneys. In light of the pending settlement and ongoing state of this litigation and so as to promote the best interests of the clients, it is respectfully requested that the Court grant leave to file said motion under seal.

Dated: April 22, 2016.

By: /s/ *Brian A. Gonsalves*
BRIAN A. GONSALVES, ESQ., SBN 9815
Attorney for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE,

DATED: April 27, 2016

**CERTIFICATE OF SERVICE**

Case No.:    3:15-cv-00252-HDM-VPC

Pursuant to FRCP 5, I certify that I am an employee of, and that on this date I deposited for mailing postage prepaid at Kings Beach, California, a true copy of the **EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL** addressed to:

Bradley D. Fell, Esq.
590 Lennon Lane, Suite 120
Walnut Creek, California, 94598

DATED: April 22, 2016:

/s/ *Brian A. Gonsalves, Esq.*
Brian A. Gonsalves, Esq.