BRIAN A. GONSALVES, ESQ., SBN 9815
703 S. Eighth Street
Las Vegas, NV 89101
530-386-6845
530-553-1212 (fax)
bgonsalves@live.com
Attorney for Plaintiffs

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

         MAY - 3 2016

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY SMITH, individually and as the personal representative of Chris Smith, Deceased; P.M., a minor by and through her Guardian ad Litem; and J.E., a minor by and through his Guardian ad Litem;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA WEST RECYCLING CORP, a Nevada Corporation, STANLEY LEVERS, an individual, and DOES 1 through 25,<br><br>Defendants. | Case No.: 3:15-cv-00252-HDM-VPC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(FIRST REQUEST) |

WHEREAS, the Court has set a briefing schedule on the *Ex Parte Motion for Order Revoking Approval of Pro Hac Vice Petition* filed April 22, 2016, requiring Bradley Fell, Esq., to file his response no later than close of business on Friday, April 29, 2016, and Brian Gonsalves, Esq., to file his reply no later than close of business on Friday, May 6, 2016, and

WHEREAS, Mr. Fell and Mr. Gonsalves are very close to resolving all the issues that resulted in said motion and feel that their efforts at this time would be more productive in working to completely resolve those issues and to complete the pending settlement in this matter,

//

//

//

- 1 -

IT IS HEREBY STIPULATED by and between Mr. Fell and Mr. Gonsalves that the date for Mr. Fell's response be re-set to June 3, 2016, and the date for Mr. Gonsalves' reply be re-set to June 30, 2016.

This is the first stipulation for an extension regarding this motion.

DATED: April 29, 2016.                              DATED: April 29, 2016.

By:  *Brian A. Gonsalves, Esq.*                     By:  *Bradley D. Fell*
     Brian A. Gonsalves, Esq.                                  Bradley D. Fell, Esq.

Dated: May 3, 2016.   *VPC*

VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE