# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TAMMY SMITH, et al., | ) | 3:15-CV-0252-HDM (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 15, 2016 |
| | ) | |
| NEVADA WEST RECYCLING | ) | |
| CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the parties' joint status report (ECF No. 67).  Therefore, **IT IS ORDERED** as follows:

1. Plaintiffs' motion for summary judgment (ECF No. 43) is **DENIED as moot**;
2. Brian Gonsalves, Esq.'s motion for order revoking approval of pro hac vice application (ECF No. 53) remains pending; and
3. The parties have until **Monday, September 12, 2016** to create blocked financial investment accounts for the minors and file a stipulation to dismiss with prejudice.

The parties are reminded no money may be withdrawn from the blocked financial investment accounts until certification by the court that the minors have reached the age of majority or the court otherwise issues an order pursuant to NRS 41.200.  Additionally, because the minors' compromises are in excess of $10,000, pursuant to NRS 41.200(5), the parents, guardians or persons in charge of managing the blocked investment account shall annually file with the court verified reports detailing the activities of the investment during the previous twelve months.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
          Deputy Clerk