1  J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
2  KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
3  **ALVERSON TAYLOR**
**MORTENSEN & SANDERS**
4  7401 W. Charleston Boulevard
Las Vegas, NV 89117
5  702-384-7000 Phone
702-385-7000 Fax
6  Attorneys for Defendants



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9  TAMMY SMITH, individually and as the Personal Representative of Chris Smith, Deceased; P.M., a minor by and through her Guardian Ad Litem; and J.E., a minor by through his Guardian Ad Litem;

CASE NO.: 3:15-cv-00252-HDM-VPC

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL, WITH PREJUDICE**

Plaintiffs.

v.

NEVADA WEST RECYCLING CORP., a Nevada Corporation, STANLEY LEVERS, an individual and DOES 1 through 25,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, TAMMY SMITH, ALICIA MURPHY, as Guardian Ad Litem for P.M.; and BRITTANY ETHRIDGE, as Guardian Ad Litem for J.E., and Defendant NEVADA WEST RECYCLING CORP., by and through their respective counsel of record, that the claims asserted by Plaintiffs against Defendant NEVADA WEST RECYCLING CORP., be dismissed in their entirety, with prejudice, the parties to bear their own costs and fees.

. . .

knw 22416

IT IS FURTHER STIPULATED AND AGREED that Defendant STANLEY LEVERS was dismissed on March 25, 2016 [Doc. 46], and with the dismissal of Defendant NEVADA WEST RECYCLING CORP., this resolves all claims of Plaintiffs in this action.

DATED this 31st day of August, 2016.　　DATED this 12th day of September, 2016.

|  |  |
|---|---|
| **BRIAN A. GONSALVES, ESQ.**<br>Nevada Bar No. 9815<br>P.O. Box 907<br>8645 North Lake Blvd., Ste. 14<br>Kings Beach, CA 96143<br>530-553-1212 Phone and Fax<br>Attorney for Plaintiffs | ALVERSON, TAYLOR<br>MORTENSEN & SANDERS<br><br>**J. BRUCE ALVERSON, ESQ.**<br>Nevada Bar No. 1339<br>**KARIE N. WILSON, ESQ.**<br>Nevada Bar No. 7957<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>702-384-7000 Phone<br>702-385-7000 Fax<br>Attorneys for Defendants |

## (PROPOSED) ORDER FOR DISMISSAL OF DEFENDANT NEVADA WEST RECYCLING CORP., WITH PREJUDICE

IT IS SO ORDERED.

DATED this 15th day of September, 2016.

_____
United States Magistrate Judge

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

**KARIE N. WILSON, ESQ.**
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

n:\bruce.grp\z-client\22416\pleadings\sao dismissal.docx